Commonwealth *v.* Henderson, Appellant.

Submitted September 18, 1973. *Thomas D. Watkins,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth, Appellant, *v.* Hetherington.

Argued September 19, 1973. *Steven H. Goldblatt,* Assistant District Attorney, with him *Joseph C. Murray,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Howard E. Davidson,* for appellee.

Order affirmed.

SPAULDING and WATKINS, JJ., absent.